# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| POIDOMANI, FRANK C | § Case No. 10-03661 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/23/2010 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2010          By: /s/ Barry A. Chatz

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 1              Date Rcvd: Jul 28, 2010
Case: 10-03661                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Jul 30, 2010.
 db          +Frank C Poidomani,    17041 Sheridans Trail,    Orland Park, IL 60467-5405
 aty         +Thomas W Toolis,    Jahnke, Sullivan & Toolis, LLC,    9031 West 151st Street,    Suite 203,
               Orland Park, IL 60462-6563
 tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
 15038283     ABN AMRO Mortgage Group,    Po Box 79022 Ms322,    St Louis, OH 63179
 15038284    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
 15038285    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
 15038286    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
 15038287    +Bk Of Amer,   Po Box 17054,     Wilmington, DE 19850-7054
 15038306    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Wash Mutual,     11200 W Parkland A,    Milwaukee, WI 53224)
 15038293     CITIZENS AUTO FINANCE,    PO BOX 42115,    Providence, RI 02940-2115
 15038288    +Caf,   Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
 15038289    +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
 15038290    +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
 15397924     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
 15038291    +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
               Woodbury, MN 55125-1703
 15038292    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
 15038294     Equifax Information Services, LLC,     P.O. Box 740256,    Atlanta, GA 30374-0256
 15038295     Experian,    P.O. Box 9701,   Allen, TX 75013-9701
 15038296    +Haines and Company Inc,    PO Box 2117,    North Canton, OH 44720-0117
 15038297    +Hsbc/rhode,    Pob 15521,   Wilmington, DE 19850-5521
 15038298    +Hsbc/rs,    Pob 15521,   Wilmington, DE 19850-5521
 15038299    +Katie Minogue,    6211 Kimberly Drive,    Tinley Park, IL 60477-1919
 15038300    +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
 15038303     Nissn Inf Lt,    Attn: Bankruptcy,    Po Box 371491,    Pittsburg, PA 75266
 15038304    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
 15038305    +TransUnion Consumer Solutions,     P.O. Box 2000,    Chester, PA 19016-2000
 15038307    +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
 15038308    +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
 15038309    +Wfnnb/todays Man,    4590 E Broad St,    Columbus, OH 43213-1301
The following entities were noticed by electronic transmission on Jul 28, 2010.
 15636711     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2010 02:01:58
               Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
 15038302    +E-mail/Text: bankrup@nicor.com                              Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 15038301     Nbgl Carsons
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**             **Signature:** *Joseph Speetjens*