UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| POIDOMANI, FRANK C | § | Case No. 10-03661 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 726,390.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 10,474.66 | Claims Discharged Without Payment: 343,457.55 |
| Total Expenses of Administration: 2,026.96 | |

3) Total gross receipts of $ 12,501.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,501.62 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 757,263.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,026.96 | 2,026.96 | 2,026.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 177,942.51 | 175,989.70 | 175,989.70 | 10,474.66 |
| **TOTAL DISBURSEMENTS** | $ 935,205.51 | $ 178,016.66 | $ 178,016.66 | $ 12,501.62 |

    4) This case was originally filed under chapter 7 on 01/29/2010 . The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2010    By:/s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE SETTLEMENT | 1241-000 | 12,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.62 |
| TOTAL GROSS RECEIPTS | | $ 12,501.62 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIZENS AUTO FINANCE PO BOX 42115 Providence, RI 02940-2115 | | 19,663.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Jacksonville, FL 32256 | | 737,600.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 757,263.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,000.16 | 2,000.16 | 2,000.16 |
| BARRY A. CHATZ | 2200-000 | NA | 26.80 | 26.80 | 26.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,026.96 | $ 2,026.96 | $ 2,026.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABN AMRO Mortgage Group Po Box 79022 Ms322 St Louis, OH 63179 | | 0.00 | NA | NA | 0.00 |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 46,488.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 40,656.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 17054 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caf Attn: Bankruptcy Po Box 440609 Kennesaw, GA 30160 | | 0.00 | NA | NA | 0.00 |
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | 0.00 | NA | NA | 0.00 |
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,512.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,067.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Haines and Company Inc PO Box 2117 North Canton, OH 44720 | | 8,219.51 | NA | NA | 0.00 |
| | Hsbc/rhode Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/rs Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Katie Minogue 6211 Kimberly Drive Tinley Park, IL 60477 | | 75,000.00 | NA | NA | 0.00 |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Nbgl Carsons | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | Nissn Inf Lt Attn: Bankruptcy Po Box 371491 Pittsburg, PA 75266 | | 0.00 | NA | NA | 0.00 |

Case 10-03661    Doc 35    Filed 11/18/10    Entered 11/18/10 09:03:40    Desc Main
              Document      Page 8 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| | Wash Mutual 11200 W Parkland A Milwaukee, WI 53224 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/todays Man 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| 000001 | CHASE BANK USA, N.A. | 7100-000 | NA | 6,512.26 | 6,512.26 | 387.60 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | NA | 1,067.68 | 1,067.68 | 63.55 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 47,234.55 | 47,234.55 | 2,811.33 |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 41,175.21 | 41,175.21 | 2,450.69 |
| 000003 | KATIE MINOGUE | 7100-000 | NA | 80,000.00 | 80,000.00 | 4,761.49 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 177,942.51 | $ 175,989.70 | $ 175,989.70 | $ 10,474.66 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-03661 SBJ Judge: JACK B. SCHMETTERER
Case Name: POIDOMANI, FRANK C
For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Date Filed (f) or Converted (c): 01/29/10 (f)
341(a) Meeting Date: 03/12/10
Claims Bar Date: 06/29/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17041 SHERIDANS TRAIL, ORLAND PARK IL 60467 | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT - AT JP MORGAN | 240.00 | 240.00 | DA | 0.00 | FA |
| 3. SAVINGS ACCOUNT AT JP MORGAN CHASE | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. MISCELLANOUS HOUSEHOLD FURNISHING | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 5. MISCELLANOUS CLOTHING | 750.00 | 750.00 | DA | 0.00 | FA |
| 6. WEDDING BAND | 200.00 | 200.00 | DA | 0.00 | FA |
| 7. 401(K) MERRILL LYNCH | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 8. 2000 INFINITY QX4- 120K MILES ON IT KELLY BLUE BOO | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9. 2008 FORD ECONOLINE VAN WITH APPROX. 9,000 MILES | 19,600.00 | 19,600.00 | DA | 0.00 | FA |
| 10. PREFERENCE SETTLEMENT (u) PREFERENCE SETTLEMENT WITH KATIE MINOQUE RE: PAYMENT MADE BY DEBTOR TO RELATIVE IN PREFERENCE PERIOD | 0.00 | 12,500.00 | DA | 12,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.62 | FA |
| TOTALS (Excluding Unknown Values) | $726,390.00 | $88,890.00 | | $12,501.62 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS FULLY ADMINISTERED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 09/30/10    Current Projected Date of Final Report (TFR): 09/30/10

LFORM1    UST Form 101-7-TDR (10/1/2010) *(Page: 9)*    Ver: 16.00a

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-03661 -SBJ
Case Name: POIDOMANI, FRANK C
Taxpayer ID No: *******9442
For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0203 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/10 | 10 | KATHRYN MINOGUE | PREFERENCE SETTLEMENT | 1241-000 | 12,500.00 | | 12,500.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 12,500.12 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,500.44 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,500.75 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,501.07 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,501.39 |
| 09/23/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 12,501.62 |
| 09/23/10 | | Transfer to Acct #*******6650 | Final Posting Transfer | 9999-000 | | 12,501.62 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 12,501.62 | 12,501.62 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 12,501.62 | |
| Subtotal | | 12,501.62 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 12,501.62 | 0.00 | |

Page Subtotals 12,501.62 12,501.62

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 16.00a

Document    Page 11 of 12

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-03661 -SBJ  
Case Name: POIDOMANI, FRANK C  
Taxpayer ID No: \*\*\*\*\*\*\*9442  
For Period Ending: 10/27/10  

Trustee Name: BARRY A. CHATZ  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: \*\*\*\*\*\*6650 BofA - Checking Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/10 | | Transfer from Acct #\*\*\*\*\*\*\*0203 | Transfer In From MMA Account | 9999-000 | 12,501.62 | | 12,501.62 |
| 09/23/10 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,000.16 | 10,501.46 |
| 09/23/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 26.80 | 10,474.66 |
| 09/23/10 | 003003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 5.95185% | 7100-000 | | 387.60 | 10,087.06 |
| 09/23/10 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 5.95216% | 7100-000 | | 63.55 | 10,023.51 |
| 09/23/10 | 003005 | Katie Minogue<br>6211 Kimberly Drive<br>Tinley Park, IL 60477 | Claim 000003, Payment 5.95186% | 7100-000 | | 4,761.49 | 5,262.02 |
| 09/23/10 | 003006 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 5.95185% | 7100-000 | | 2,811.33 | 2,450.69 |
| 09/23/10 | 003007 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 5.95186% | 7100-000 | | 2,450.69 | 0.00 |
| | | | | Page Subtotals | 12,501.62 | 12,501.62 | |

LFORM24    UST Form 101-7-TDR (10/1/2010) (Page: 11)    Ver: 16.00a

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-03661 -SBJ
Case Name: POIDOMANI, FRANK C
Taxpayer ID No: *******9442
For Period Ending: 10/27/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6650 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,501.62 | 12,501.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 12,501.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,501.62 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 12,501.62 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0203 | 12,501.62 | 0.00 | 0.00 |
| BofA - Checking Account - ********6650 | 0.00 | 12,501.62 | 0.00 |
| | 12,501.62 | 12,501.62 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.00a